Veronica N. McInerney, Administratrix of Estate of Michael J. McInerney, Deceased, Appellant, v. Boysen Baking Company and Edwin S. Kellogg, Appellees.

Gen. No. 40,844.   (Abstract of Decision.)

O'CONNOR, J., dissenting.

Heard in first division, first district, this court at October term, 1939; opinion filed May 20, 1940; rehearing denied June 3, 1940. Raymond F. Kelly, for appellant; McKenna & Harris, for appellees; James J. McKenna and Burrell J. Cramer, of counsel. Opinion by JUSTICE McSURELY. "Not to be published in full."